McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| ANDY DIAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01661-GSA<br><br>**MOTION AND ORDER WAIVING REQUIREMENT FOR DEFENDANT TO DELIVER PAPER COPY OF ADMINISTRATIVE RECORD TO COURT** |

    Defendant moves for waiver of the Court's requirement to produce a hard copy of the certified administrative record. The Court's Scheduling Order requires Defendant to file a hard copy of the certified administrative record with the Court (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Thus, Defendant respectfully requests the Court to excuse Defendant

///

///

from this requirement.

Dated: May 13, 2020                            Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                    By:    /s/ *Ellinor R. Coder*
                                                ELLINOR R. CODER
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

IT IS SO ORDERED.

    Dated:  **May 13, 2020**                            **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE