JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDY VILLA DIAZ, | ) Case No. 1:19-cv-01661 |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) FOR EXTENSION OF TIME |
| vs. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

        IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, with the Court's approval, that Plaintiff shall have a 2-day extension of time,

from May 11, 2020 to May 13, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S

LETTER BRIEF .  All other dates in the Court's Scheduling Order shall be extended

accordingly.

        This is Plaintiff's first request for an extension of time.  Plaintiff acknowledges the

request for extension is being filed after the due date and sincerely apologizes to the Court and to

the Defendant.  Good cause exists. Due to the ongoing pandemic with COVID-19 and the

various executive orders throughout Fresno County and now the State of California, along with

the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited

staff.   Throughout this period, support staff at Counsel's office have had to self-quarantine at

various times, further causing a significantly reduced level of support.

1    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant

2    and Court for any inconvenience this may cause.

3

4                                    Respectfully submitted,

5    Dated: May 13, 2020              PENA & BROMBERG, ATTORNEYS AT LAW

6

7                                    By: */s/ Jonathan Omar Pena*
                                     JONATHAN OMAR PENA

8                                    Attorneys for Plaintiff

9

10   Dated: May 13, 2020             MCGREGOR W. SCOTT

11                                   United States Attorney
                                     DEBORAH LEE STACHEL

12                                   Regional Chief Counsel, Region IX
                                     Social Security Administration

13

14

15                                   By:  *\*Ellinor Ravenel Coder*
                                     ELLINOR RAVENEL CODER

16                                   Special Assistant United States Attorney
                                     Attorneys for Defendant

17                                   (*As authorized by email on May 13, 2020)

18

19

20   IT IS SO ORDERED.

21      Dated:   **May 13, 2020**              **/s/ Gary S. Austin**

22                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                         2