JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDY VILLA DIAZ, | Case No. 1:19-cv-01661 |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | Doc. 17 |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 17, 2020 to August 17, 2020, for Plaintiff to serve on defendant with PLAINTIFFS' OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time but first request for this task. Good cause exists for this request.  Due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff. The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the

five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

    Additionally, the week of 6/15/2020 Plaintiff's Counsel had 20 Administrative Hearings. The week of 6/22/2020, Plaintiff's Counsel has 29 administrative hearings, 5 hearing preparation appointments with claimant, 5 opening briefs, 2 letter briefs, and 2 reply briefs.  Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 23, 2020    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: June 23, 2020    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  *\*/s/ Ellinor R. Coder*
Ellinor R. Coder
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on June 23, 2020)

IT IS SO ORDERED.

    Dated:  **June 23, 2020**    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE