McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANDY DIAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01661-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from September 10, 2020, up to and including October 5, 2020.  This is the parties' third stipulation for an extension, and Defendant's first request.  Defendant requests this extension in order to further consider the issues raised in Plaintiff's Opening Brief.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; 1:19-CV-01661-GSA            1

Respectfully submitted,

Dated:  September 4, 2020

/s/ *Jonathan O. Peña*
(*as authorized via e-mail on September 4, 2020)
JONATHAN O. PEÑA
Attorney for Plaintiff

DATED: September 4, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 7, 2020**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE