MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANDY DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:19-cv-01661-GSA<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will vacate the prior decision of the administrative law judge (ALJ) and issue a new decision.

The Appeals Council will instruct the ALJ to further evaluate Plaintiff's Department of Veteran's Affairs disability rating; as warranted, reassess Plaintiff's maximum residual functional capacity; and, if warranted by the expanded record, obtain supplemental vocational

STIPULATION TO REMAND; ORDER

expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy.  Because Plaintiff's claim was for Title II Disability Insurance Benefits (DIB) and Plaintiff's insured status for DIB expired on June 30, 2016, the Appeals Council will not require the ALJ to offer Plaintiff the opportunity for another hearing.

Respectfully submitted this 22nd day of September 2020.

Respectfully submitted,

Dated:  September 22, 2020      /s/  *Jonathan O. Pena**
(*as authorized via e-mail on September 21, 2020)
JONATHAN O. PENA
Attorney for Plaintiff

DATED: September 22, 2020      McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:      /s/  *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),

///

///

///

sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision consistent with the terms of the parties' Stipulation.

IT IS SO ORDERED.

Dated: **September 25, 2020**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; ORDER