UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

ANDY DIAZ,           ) CIVIL NO. 1:19-cv-01661-GSA
    Plaintiff,    )
    v.            ) **ORDER DIRECTING ENTRY OF JUDGMENT**
ANDREW SAUL,         )
Commissioner of Social Security, )
    Defendant.    )

It is ordered that the Clerk of Court is directed to enter judgment in accordance with the Court's order filed on September 25, 2020.

IT IS SO ORDERED.

Dated: __**October 13, 2020**__         __**/s/ Gary S. Austin**__
                                                     UNITED STATES MAGISTRATE JUDGE